

LONG ISLAND OFFICE (Main Location)
425 Broadhollow Road, Suite 416, Melville, NY 11747
Tel: 631.282.8985 | Fax: 631.390.6944

MANHATTAN OFFICE
420 Lexington Avenue, Suite 300, New York, NY 10170
Tel: 212.209.1005 | Fax: 212.208.4425

www.fhnylaw.com

Jonathan H. Freiberger
Jeffrey M. Haber

(Writer's Direct Dial: 631.282.8983)

March 31, 2026

**BY ECF**

Hon. Alan S. Trust
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alphonso M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

> Re:  *In Re: Goldner Capital Management, LLC (Chapter 11)*
> <u>Case No. 24-73789 (AST)</u>
>
> Omega Healthcare Investors, Inc. v. Apex Construction Management,
> <u>LLC, et. al. Adv. Proc. No. 8-25-08108 (AST) (the "Proceeding")</u>

Dear Chief Judge Trust:

We are counsel to Omega Healthcare Investors, Inc. ("OHI"), the Plaintiff in the Proceeding. By this letter, OHI requests that the Court, *inter alia*, schedule a conference on the Proceeding and/or schedule oral argument on OHI's pending motion for leave to amend its complaint in the proceeding.

By way of brief background,[1] this action was originally commenced by OHI on April 3, 2023, almost three years ago, in the Circuit Court of Cook County, Illinois (the "State Court"). In March of 2025, Defendants Apex Construction Management, LLC ("Apex"), Joshua Ray ("Ray"), and Sam Turk ("Turk", and together with Apex and Ray, the "Apex Defendants"), moved to dismiss OHI's second amended complaint or, alternatively, to join Goldner Capital Management, LLC (the "Debtor") as a necessary party to the dispute. Similarly, defendant Sam Goldner ("Goldner") filed a motion to dismiss the second amended complaint or, alternatively, to join SRZ Master Tenant, LLC ("SRZ") and some of OHI's indirect subsidiaries ("Landlords") as necessary parties to the dispute.

In June of 2025, the State Court denied both motions to dismiss, but determined that the Debtor, SRZ and the Landlords were necessary parties to the Proceeding. Ultimately, the

---

[1] These background facts are set forth in OHI's motion for leave to file a third amended complaint (ECF Docket No. 3) (the "Motion").

Hon. Alan S. Trust
March 31, 2026
Page 2

Proceeding was transferred to this Court. Upon the transfer, OHI made the Motion. On January 9, 2026, after the Motion was fully briefed, the Apex Defendants moved for leave to file a sur-reply to the Motion (the "Sur-reply Motion"), which OHI opposed (ECF Docket Nos. 10, 11). The Motion and the Sur-reply Motion remain pending before the Court.

The Proceeding has been pending for three years without any substantive progress. Accordingly, OHI respectfully requests that the Court schedule a conference to address the extent to which the parties to the Proceeding can proceed with discovery, or otherwise litigate the merits of the claims in the Proceeding, while the Motion and Sur-reply Motion are *sub judice*. OHI also requests that the Court schedule oral argument on the Motion and Sur-reply Motion.

Thank you for your consideration.

Respectfully yours,

FREIBERGER HABER LLP

By: /s/ *Jonathan H. Freiberger*
Jonathan H. Freiberger

cc: Counsel appearing in the Adversary Proceeding (Via ECF)